United States District Court
Southern District of Texas
**ENTERED**
January 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PATRICK DENNIS HOSTETTER, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:22-CV-00182 |
| V. | § § | |
| ARANSAS COUNTY, *et al.*, | § § | |
| Defendants. | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"), entered on December 12, 2022. (D.E. 18). The M&R recommends that the Court **DISMISS with prejudice** Plaintiff Patrick Hostetter's claims against all named defendants—Aransas County, and Armando Chapa, Jason Andrade, Joshua Doane, and Manuel Solis in their official and individual capacities—as frivolous and/or for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). *Id.* at 1. The M&R further recommends that the dismissal of this case count as a "strike" for purposes of 28 U.S.C. § 1915(g). *Id.* at 2. Plaintiff timely filed objections to the M&R. (D.E. 23); *see* (D.E. 21).

When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *see also* FED. R. CIV. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). In objecting, Plaintiff seemingly attempts to re-argue the merits of his claims. *See* (D.E. 23). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review

1/3

of the portions of the M&R to which Plaintiff's objections were directed, *see* 28 U.S.C. § 636(b)(1), the Court:

(1) **OVERRULES** Plaintiff's objections in their entirety. (D.E. 23).

(2) **ADOPTS** the M&R in its entirety. (D.E. 18).

(3) **DISMISSES with prejudice** Plaintiff's claims against Aransas County, and Armando Chapa, Jason Andrade, Joshua Doane, and Manuel Solis in their individual and official capacities as frivolous and/or for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

(4) This dismissal is counted as a strike for purposes of 28 U.S.C. § 1915(g), and the Clerk of Court is **INSTRUCTED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

A final judgment will be entered separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
January 30, 2023